# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DONNA THOMPSON, and husband, ) <br> PHILLIP THOMPSON, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> BEST BUY STORES, L.P., ) <br>   ) <br> Defendant. ) | NO. 3:15-cv-00903 <br> JUDGE CRENSHAW |

## ORDER

Pending before the Court is the Unopposed Motion for Continuance of Trial and Extension of Scheduling Order (Doc. No. 31.) This Motion is **REFERRED** to the Magistrate Judge for new discovery deadlines and an updated target trial date.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE